THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:21-cv-00351-MR-WCM

| | |
|---|---|
| **PATRICIA CANNON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **KILOLOL KIJAKAZI, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Summary Judgment [Doc. 13]; the Commissioner's Motion for Summary Judgment [Doc. 18]; the Magistrate Judge's Memorandum and Recommendation regarding the disposition of those motions [Doc. 22]; and the Plaintiff's Objections to the Memorandum and Recommendation [Doc. 23].

Pursuant to 28 U.S.C. § 636(b) and a specific Order of referral of the District Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the pending motions in the above-

captioned action and to submit to this Court a recommendation for the disposition of these motions.

On August 26, 2022, the Magistrate Judge entered a Memorandum and Recommendation [Doc. 22], recommending that this Court affirm the final decision of the Commissioner of Social Security denying the Plaintiff's claim for disability insurance benefits. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The Plaintiff timely filed Objections on September 9, 2022. [Doc. 23]. The Commissioner filed a Reply on September 23, 2022. [Doc. 24].

After careful consideration of the Magistrate Judge's Memorandum and Recommendation [Doc. 22] and the Plaintiff's Objections thereto [Doc. 23], the Court finds that the Magistrate Judge's proposed findings of fact are correct and that his proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby overrules the Plaintiff's Objections and accepts the Magistrate Judge's recommendation that the Commissioner's decision should be affirmed.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 22] is **ACCEPTED**; the Plaintiff's Objections thereto [Doc. 23] are **OVERRULED**; the Plaintiff's Motion for Summary Judgment

[Doc. 13] is **DENIED**; the Commissioner's Motion for Summary Judgment [Doc. 18] is **GRANTED**; and the decision of the Commissioner is hereby **AFFIRMED**. This case is hereby **DISMISSED**.

A judgment shall be entered simultaneously herewith.

**IT IS SO ORDERED.**

Signed: September 25, 2022

Martin Reidinger
Chief United States District Judge